B2650 (Form 2650) (12/15)

# United States Bankruptcy Court

__Southern__ District Of __Florida__

In re __Timothy B. Miller__,
            Debtor )
) Case No. __24-14288-EPK__
)
) Chapter __7__
__Mahaiwe, LLC__,
            Plaintiff )
)
v. )
__Timothy B. Miller__, ) Adv. Proc. No. __24-01358-EPK__
            Defendant )

## CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

I, clerk of the United States Bankruptcy Court, do certify that the attached judgment is a true and correct copy of the original judgment entered in this proceeding on __December 11, 2024__ as it appears in the records of this court, and that:

[X] No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, has been filed.

[ ] No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, have been disposed of, the latest order disposing of such a motion having been entered on _____.
           (date)

[ ] An appeal was taken from this judgment, and the judgment was affirmed by mandate of the _____ issued on _____.
       (name of court)           (date)

[ ] An appeal was taken from this judgment, and the appeal was dismissed by order entered on _____.
 (date)

_[Seal: United States Bankruptcy Court, Southern District of Florida]_

_/s/ signature_
Clerk of the Bankruptcy Court

__January 28, 2025__      By: __Cameron Cradic__
Date                                        Deputy Clerk

Certified to be a true and correct copy of the original.
Joseph Falzone, Clerk
U.S Bankruptcy Court
Southern District of Florida
By: [signature]
Deputy Clerk
Date: January 13, 2025



ORDERED in the Southern District of Florida on December 10, 2024.

Erik P. Kimball
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

TIMOTHY B. MILLER,

    Debtor,

Case No. 24-14288-EPK
Chapter 7

_____

MAHAIWE, LLC., a Vermont limited liability company,

    Plaintiff,

v.

Adversary Number: 24-01358-EPK

TIMOTHY B. MILLER,

    Defendant.
_____/

### FINAL JUDGMENT

THIS PROCEEDING came before the Court pursuant to the *Order Granting In Part Mahaiwe, LLC's Motion for Final Default Judgment* (ECF No. 23) (the "**Order**") entered by this

Court following the hearing conducted on November 27, 2024 at 10:00 a.m. The Court hereby **ORDERS AND ADJUDGES** that:

1. Final Judgment is entered in favor of the Plaintiff, Mahaiwe, LLC (the "**Plaintiff**"), and against the Debtor, Timothy B. Miller (the "**Debtor**"), pursuant to 11 U.S.C. §§ 523(a)(2) and 523(a)(6).

2. The amount of $39,439.41, plus interest accruing from the date of entry of this Judgment, is hereby determined to be a non-dischargeable debt, for which let execution issue.

3. Therefore, the Plaintiff, whose address is 186 Main Street, Vergennes, VT, 05491 shall recover from the Debtor, whose last known address is 230 SE 10th Street, Delray Beach, FL, 33483, the non-dischargeable principal amount of $39,439.41. In accordance with 28 U.S.C. § 1961, such amounts shall bear post-judgment interest at the per annum rate specified by the Board of Governors of the Federal Reserve System for the calendar week preceding the date of the judgment, which is currently 4.58%, as may be adjusted from time to time.

4. The Plaintiff may record this Judgment, and the Court retains jurisdiction to enforce this Judgment.

# # #

Submitted by: Erik Johanson, Esq., Erik Johanson PLLC, 3414 W. Bay to Bay Blvd., Suite 300, Tampa, FL 33629, (813) 210-9442, erik@johanson.law, ecf@johanson.law.



186 Main Street   802.877.7001 p   slglawfirm.com
Vergennes, VT 05491   866.252.9530 f

February 3, 2025

**VIA U.S. FIRST CLASS MAIL**

Jeffrey S. Eaton, Clerk of Court
United States Bankruptcy Court
District of Vermont
P.O. Box 1663
Burlington, VT 05402-1663

Re: <u>Submission of Certified Final Judgment and Form B2650 for Registration</u>

Dear Clerk Eaton:

My name is Colin Hagan, and I represent Mahaiwe, LLC ("Plaintiff") in a bankruptcy case filed by Timothy B. Miller ("Debtor"), styled *In re: Timothy B. Miller*, Case No. 24-14288-EPK, and in the related adversary proceeding styled *In re: Timothy B. Miller*, 24-01358-EPK, in the United States Bankruptcy Court for the Southern District of Florida.

A Final Judgment was entered against Debtor on December 11, 2024, in the above-referenced adversary proceeding. Plaintiff now seeks to enforce this Final Judgment in Vermont, where it appears Debtor currently resides, by registering the Final Judgment in the United States Bankruptcy Court for the District of Vermont.

Enclosed, please find the following documents necessary for registering the Final Judgment:

1. A certified copy of the Final Judgment;

2. Certification of Judgment for Registration in Another District (Form B2650); and

3. A check made payable to this Court in the amount of $52.00.

Please process this registration at your earliest convenience. Should you require any additional information or documentation, please contact me at (617) 370-8321 or Colin.Hagan@slglawfirm.com

MA | NY | CA | DE | VT

2

Jeffrey S. Eaton, Clerk of Court
United States Bankruptcy Court

February 3, 2025

Thank you for your attention to this matter.

Sincerely,

Colin R. Hagan

Enclosures

cc:    Mahaiwe, LLC (via electronic mail)

*Jeffrey S. Eaton 02 03 25*